An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

GLENN WENDLIN REIGER,
Appellant,
vs.
ISIDRO BACA, WARDEN, NORTHERN
NEVADA CORRECTIONAL CENTER,
Respondent.

No. 63243

**FILED**

JUN 2 4 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _K. Malue_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from an interlocutory order denying part of a post-conviction petition for a writ of habeas corpus. First Judicial District Court, Carson City; James Todd Russell, Judge.

No final decision, oral or written, had been made on the petition when appellant filed his appeal on May 20, 2013. Rather, it appears that the district court resolved one claim and ordered additional briefing on the other claim. The documents before this court indicate that the district court has ordered the respondent to file an answer to the remaining claim. Because the district court has not entered a final order resolving the petition, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

13-18493

cc: Hon. James Todd Russell, District Judge
Glenn Wendlin Reiger
Attorney General/Carson City
Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A